PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Chad William Bjorkman**

**Docket No. 0:02CR00064-005(PAM)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Chad William Bjorkman** who was sentenced for Conspiracy to Distribute and Possession With Intent to Distribute Cocaine on September 4, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare
- Substance abuse testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On May 18, 2006, Mr. Bjorkman appeared in Scott County District Court and pled guilty to Gambling-Cheating. The incident occurred at the Canterbury Park Card Club in Shakopee, Minnesota. According to the complaint, Mr. Bjorkman failed to pay $60 he had lost in a card game and left the facility. As a sentence, Mr. Bjorkman was placed on probation for one year and ordered to pay a $300 fine and pay $60 restitution.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer.

The defendant shall perform 24 hours of community service, within three months, as approved by the probation officer.

SCANNED
MAY 23 2006
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 22 day of May, 2006, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on May 19, 2006
Place St. Paul