Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Chad William Bjorkman

Docket No. 0:02CR00064-005(PAM)

**HEARING WAIVER**

I, Chad William Bjorkman, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer.
>
> The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed: [signature] Witness: [signature]

Chad William Bjorkman
Supervised Releasee

Dated: May 19, 2006

SCANNED
MAY 23 2006
U.S. DISTRICT COURT ST. PAUL