PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Chad William Bjorkman**

**Docket No. 0:02CR00064-005(PAM)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Chad William Bjorkman** who was sentenced for Conspiracy to Distribute and Possession With Intent to Distribute Cocaine, on September 4, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing

Psychological/psychiatric counseling (modified May 22, 2006)
24 hours community service (modified May 22, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On January 29, 2007, Mr. Bjorkman was arrested for Driving While Intoxicated and Refusal to Provide a Blood Alcohol Sample. The matter is currently pending in Ramsey County District Court, St. Paul, Minnesota.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants.

SCANNED
FEB 20 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 16th day of February, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on February 16, 2007
Place St. Paul

Approved:

Diane M. Leverdusky
Supervising U.S. Probation Officer
Telephone: 651-848-1240

c: United States Sentencing Commission